FILED
2010 Aug-16  AM 11:35
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| **DONALD EUGENE FRYE,** | ) |
| | ) |
| Plaintiff , | ) |
| | ) |
| v. | ) Case No. 1:10-CV-627-VEH-JEO |
| | ) |
| **SHERIFF LARRY AMERSON,** | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM OF OPINION

The magistrate judge filed a report on July 19, 2010, recommending that this action be dismissed without prejudice for failing to state a claim upon which relief can be granted, pursuant to 28 U.S.C. § 1915A(b)(1).  The magistrate judge also recommended that any state law claims be dismissed without prejudice pursuant to 28 U.S.C. § 1367(c)(3).  Although the plaintiff was advised of his right to file specific written objections within fifteen days, he has not responded to the report and recommendation.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and hereby is **ADOPTED** and the recommenda-

tion is **ACCEPTED**.  Accordingly, this action is due to be dismissed without prejudice for failing to state a claim upon which relief may be granted, pursuant to 28 U.S.C. § 1915A(b)(1).  Any state law claims included in the complaint are due to be dismissed without prejudice, pursuant to 28 U.S.C. § 1367(c)(3).  A Final Judgment will be entered.

  **DONE** this the 16th day of August, 2010.

                _____
                **VIRGINIA EMERSON HOPKINS**
                United States District Judge